

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00424-CR

| | | |
|---|---|---|
| MARIO HERNANDEZ, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 1 |
| | § | of Tarrant County (1513167D) |
| V. | § | July 1, 2021 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment is modified (1) to delete and replace "1/17/2019" as the "Date Sentence Imposed" with "11/11/2019" and (2) to add "Not Guilty" as the "Plea to the Offense." It is ordered that the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr